ASCENSION LAW GROUP
PAMELA TSAO( 266734)
2030 E. 4th Street
Suite 205
Santa Ana, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff NGOC LAM CHE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE, an individual<br><br>    Plaintiff,<br><br>    vs.<br><br>GOLDEN BAY INVESTMENTS, LIMITED, a limited partnership; DOES 1 through 10,<br><br>    Defendants. | Case No.: 5:15-cv-05100-~~HRL~~ EJD<br><br>**~~[PROPOSED]~~ ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' "Stipulation of Voluntary Dismissal With Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendant shall be dismissed with prejudice in the above-captioned action. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated __July 6, 2016_____   _____
　　　　　　　　　　　　　　　　　　Hon. ~~Howard R. Lloyd~~ Edward J. Davila
　　　　　　　　　　　　　　　　　　Judge, United States District Court,
　　　　　　　　　　　　　　　　　　Northern District of California